IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ZNERGY, INC.,

        Plaintiff,

vs.

THE MAZZAL TRUST,
NISSIM S. TRABELSI, AND
SHAWN TELSI,

        Defendants.

Case No.:

## COMPLAINT

Znergy, Inc. ("Znergy") f/k/a Mazzal Holding Corp. ("Mazzal Holding") by its undersigned attorneys, complaining of Defendants The Mazzal Trust ("Mazzal Trust"), Nissim S. Trabelsi ("Trabelsi"), and Shawn Telsi ("Telsi") (collectively "Defendants") states and alleges:

### PARTIES

1. Plaintiff Znergy is a Nevada for profit corporation with its principal place of business at 6102 South MacDill Avenue, Suite G, Tampa, FL 33611.

2. Defendant The Mazzal Trust is a trust with its principal place of business at 171 Hart Street, Taunton, MA. As of February 9, 2016, The Trust owned 150,000,000 shares of Mazzal Holding common stock, equal to 45.5% of the outstanding shares.

3. Defendant Trabelsi is an individual, and can be located at 1625 VFW Park Way, Boston, MA 02132. As of February 9, 2016, Trabelsi owned 45,800,000 shares of Mazzal

Holding common stock, equal to 13.9% of the outstanding shares.

4. Defendant Telsi is an individual, and can be located at 73 Truman Road, Newton, MA 02459. As of February 9, 2016, Telsi owned 9,500,000 shares of Mazzal Holding common stock, equal to 2.9% of the outstanding shares.

## JURISDICTION AND VENUE

5. This action is brought by Znergy under Section 16(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78p ("Section 16(b)"), to obtain disgorgement of profits obtained by Defendants in violation of that statute.

6. Jurisdiction of this Court and venue in this district are proper under 15 U.S.C. §78aa(a).

## GOVERNING LAW

7. Section 16(b) of the Exchange Act provides for the automatic recapture of short-term profits by insiders. Specifically, the statute provides that directors, officers, and beneficial owners of over ten percent of any equity security registered under Section 12 of the Exchange Act (other than exempted securities) are liable to the company for any profits realized by them from any purchase and sale (or sale and purchase) of such stock within a period of less than six months. The statute states that its purpose is to prevent "the unfair use of information which may have been obtained by such beneficial owner, director or officer by reason of his relationship to the issuer."

8. Under Securities Exchange Commission ("SEC") Rule 16a-1(a)(1) promulgated under the Exchange Act, where two or more persons "act as a partnership, limited partnership, syndicate, or other group for the purpose of acquiring, holding or disposing of securities of an issuer" as set forth in Section 13(d)(3) of the Exchange Act, such persons are deemed to be a

group for purposes of determining §16(b) liability. Under SEC Rule 16a-1, the shares held by persons in such a group are aggregated to determine whether the group has a greater than 10% beneficial ownership in the issuing corporation. If the aggregate number of shares beneficially owned by the group exceeds 10%, each member of the group is deemed to be a greater than 10% beneficial owner and is liable to disgorge profits which such group member earns in stock transactions effected within a six-month period.

## CLAIM FOR RELIEF

9. Until around October, 2015, Defendants,[1] and 43 individuals and entities[2] believed to be controlled by Defendants (collectively, the "Group"), owned 100% of Mazzal Holding common shares, and constituted a group under §13(d)(3) of the Exchange Act. This time period is referred to in the transaction analysis below as the "Pre-Global Period."

10. On October 27, 2015, Mazzal Holding entered into a Share Exchange Agreement (the "SEA") on October 26, 2015 with Global ITS, Inc. ("Global"), and the shareholders of Global, including B2 Opportunity Fund, LLC ("B2"), where Mazzal Holding exchanged 120,000,000 of common shares for 24,000,000 Global common shares held by Global's shareholders representing 100% of Global's outstanding shares (the "Share Exchange"). The purpose of the SEA was to garner a profitable partnership between Mazzal and Global, however it quickly became apparent that the Mazzal and Global partnership would not be fruitful and B2

---

[1] Defendants owned the vast majority of shares, roughly equivalent to 98.925% of the Mazzal Holding common shares.

[2] Chaim Prus, Chabad-Lubavitch, Christopher Araujo, Robert Goldstein, Judith Cummings, Surge Capital Corp., Mazzal Ilooz, Bany's LLC, Non Stop LLC, Marty Trabelsi, Sholy Trabelsi, Green Pines LLC, Malka Cohen, Channa Shevimir, Beni Cohen, Miryam Cohen, Menachem Cohen, Eti Cohen, Ruven Shabtai, Ester Shabtai, Itzhak Shabtai, Maximiano Neto, Brendon Trabelsi, Nicole Wood, Copley Art Framing Inc., Moses Hasson, Mark Katzeff, Barbara Katzeff, Linda Sneider, Lizet Trabelsi, Randall Sneider, Susan Rosenbloom, Edward Rosenbloom, Baruch Roda, Rada Roda, Castles Unlimited, Inc., Jim Lowenstern, Nachum Shir, Esti Shir, Menachem Ilooz, Maya Ilooz, Dani Samila, and Sigal Samila.

began negotiations with Mazzal shareholders for a buy-out. The time period from October 27, 2015 through February 8, 2016 is referred to in the transaction analysis below as the "SEA Period."

11. On February 9, 2016, Mazzal Holding, Mazzal Trust, Trabelsi, and Telsi entered into an Amended Master Stock Purchase Agreement ("Agreement"), where Trabelsi, and Telsi agreed to sell 100% of the Mazzal Holding shares owned by Defendants to B2 for an aggregate total of 55,300,000 shares.

12. The Amended Master Stock Purchase Agreement (the "Agreement") called for Mazzal Trust to return 149,950000 shares of its 150,000,000 shares to Mazzal for certain real estate.

13. Although not a cause of action, but relevant to the 16(b) claims, Trabelsi issued 9,500,000 common stock shares to Telsi in breach the Agreement. Defendants have and still maintain certain stock in breach of the Agreement, and continue to actively trade the stock.

14. Each of the Mazzal Trust, Trabelsi, and Telsi is jointly and severally liable to disgorge such profits. The transactions are detailed below.

## THE TRANSACTION ANALYSIS

a. The Pre-Global ITS Period

15. From May, 2014 until October 26, 2015 Mazzal common stock traded at a total volume of 1,732,000 shares netting proceeds of $1,126,559.11.[3]

16. Below lists the known trading volume Mazzal Holding common stock for the Pre-Global ITS Period:

|  |  | Date | Share Volume | Net Proceeds on Volume (in U.S. Dollars) |
|---|---|---|---|---|

---

[3] The net proceed analysis was based on the intra-day high.

|     | Date       | Shares   | Amount     |
| --- | ---------- | -------- | ---------- |
|     | 10/22/2015 | 60,000   | 3,000.00   |
| b.  | 10/14/2015 | 20,000   | 1,000.00   |
| c.  | 9/9/2015   | 2,500    | 75.00      |
| d.  | 8/31/2015  | 200      | 10.00      |
| e.  | 8/6/2015   | 2,400    | 84.00      |
| f.  | 8/5/2015   | 10,000   | 350.00     |
| g.  | 8/3/2015   | 40,000   | 1,640.00   |
| h.  | 7/30/2015  | 4,200    | 168.00     |
| i.  | 7/16/2015  | 1,400    | 57.40      |
| j.  | 6/9/2015   | 300      | 12.00      |
| k.  | 5/7/2015   | 1,000    | 130.00     |
| l.  | 5/6/2015   | 1,000    | 140.00     |
| m.  | 5/5/2015   | 10,000   | 400.00     |
| n.  | 5/4/2015   | 33,000   | 1,320.00   |
| o.  | 5/1/2015   | 11,000   | 605.00     |
| p.  | 4/24/2015  | 21,000   | 1,470.00   |
| q.  | 4/23/2015  | 17,200   | 842.80     |
| r.  | 4/6/2015   | 1,000    | 49.00      |
| s.  | 4/2/2015   | 1,000    | 49.00      |
| t.  | 4/1/2015   | 20,000   | 800.00     |
| u.  | 3/30/2015  | 1,000    | 67.00      |
| v.  | 3/27/2015  | 3,200    | 122.56     |
| w.  | 3/12/2015  | 100      | 9.35       |
| x.  | 3/11/2015  | 5,000    | 175.00     |
| y.  | 3/5/2015   | 200      | 8.00       |
| z.  | 3/4/2015   | 10,000   | 400.00     |
| aa. | 3/3/2015   | 30,000   | 1,350.00   |
| bb. | 3/2/2015   | 122,300  | 55,035.00  |
| cc. | 2/27/2015  | 766,000  | 766,000.00 |
| dd. | 12/11/2014 | 10,000   | 5,200.00   |
| ee. | 12/5/2014  | 10,000   | 4,900.00   |
| ff. | 12/4/2014  | 75,000   | 37,500.00  |
| gg. | 12/1/2014  | 31,000   | 13,020.00  |
| hh. | 11/28/2014 | 25,000   | 11,250.00  |
| ii. | 10/28/2014 | 2,000    | 1,200.00   |
| jj. | 10/27/2014 | 10,000   | 4,100.00   |
| kk. | 10/2/2014  | 1,000    | 820.00     |
| ll. | 9/18/2014  | 10,000   | 5,700.00   |
| mm. | 9/16/2014  | 5,000    | 3,500.00   |
| nn. | 9/15/2014  | 10,000   | 6,000.00   |
| oo. | 9/12/2014  | 30,000   | 18,000.00  |
| pp. | 9/10/2014  | 5,000    | 5,050.00   |
| qq. | 9/8/2014   | 20,000   | 12,000.00  |

|      | Date      | Share Volume | Net Proceeds |
|------|-----------|--------------|--------------|
|      | 9/5/2014  | 5,000        | 3,000.00     |
| ss.  | 9/3/2014  | 6,000        | 3,300.00     |
| tt.  | 9/2/2014  | 5,000        | 2,600.00     |
| uu.  | 8/29/2014 | 130,000      | 71,500.00    |
| vv.  | 8/26/2014 | 7,000        | 4,200.00     |
| ww.  | 8/25/2014 | 10,000       | 5,800.00     |
| xx.  | 8/22/2014 | 20,000       | 11,600.00    |
| yy.  | 8/21/2014 | 15,000       | 8,550.00     |
| zz.  | 8/20/2014 | 15,000       | 8,400.00     |
| aaa. | 8/19/2014 | 80,000       | 44,000.00    |

17. There is no 30-day gap between trading volume in the Mazzal common stock, and upon information and belief, the Group was responsible for the entire volume traded in the market during the Pre-Global ITS Period, buying and selling shares in violation of 16(b).

b. <u>The SEA Period</u>

18. From October 27, 2015 until February 8, 2016, Mazzal common stock traded at a total volume of 386,000 shares netting proceeds of $19,711.18.[4] Upon information and belief, the Group was responsible for the entire volume of traded in the market during the SEA Period.

19. Below lists the known trading volume Mazzal Holding common stock for the SEA Period:

|    | Date       | Share Volume | Net Proceeds on Volume (in U.S. Dollars) |
|----|------------|--------------|------------------------------------------|
| a. | 2/2/2016   | 2,000        | 100.00                                   |
| b. | 2/1/2016   | 51,000       | 4,080.00                                 |
| c. | 1/11/2016  | 2,200        | 99.00                                    |
| d. | 12/17/2016 | 25,000       | 1,000.00                                 |
| e. | 12/8/2016  | 20,000       | 800.00                                   |
| f. | 11/19/2015 | 50,000       | 2,000.00                                 |

---

[4] The net proceed analysis was based on the intra-day high.

|    | Date       | Share Volume | Net Proceeds |
|----|------------|--------------|--------------|
|    | 11/18/2015 | 12,000       | 420.00       |
| h. | 11/12/2015 | 5,000        | 252.50       |
| i. | 11/12/2015 | 5,000        | 252.50       |
| j. | 11/9/2015  | 12,000       | 600.00       |
| k. | 11/5/2015  | 30,000       | 1,500.00     |
| l. | 11/3/2015  | 100,800      | 5,050.08     |
| m. | 10/28/2015 | 71,000       | 3,557.10     |

c. <u>The Post-Agreement Period</u>

20. From February 10, 2016 until August 24, 2016, Mazzal common stock traded at a total volume of 5,428,220 shares netting proceeds of $549,418.71.[5] Upon information and belief, the Group was responsible for the entire volume of traded in the market during the Post-Agreement Period.

21. Below lists the known trading volume Mazzal Holding common stock for the Post-Agreement Period:

|    | Date      | Share Volume | Net Proceeds on Volume (in U.S. Dollars) |
|----|-----------|--------------|------------------------------------------|
| a. | 8/24/2016 | 20,000       | 1,800.00                                 |
| b. | 8/23/2016 | 18,414       | 1,657.00                                 |
| c. | 8/22/2016 | 10,000       | 900.00                                   |
| d. | 8/19/2016 | 16,000       | 1,440.00                                 |
| e. | 8/18/2016 | 15,000       | 1,500.00                                 |
| f. | 8/12/2016 | 15,000       | 1,500.00                                 |
| g. | 8/11/2016 | 20,000       | 2,000.00                                 |
| h. | 8/9/2016  | 136,434      | 12,279.00                                |
| i. | 8/8/2016  | 52,000       | 4,160.00                                 |
| j. | 8/5/2016  | 10,172       | 1,017.00                                 |
| k. | 8/3/2016  | 5,000        | 500.00                                   |
| l. | 8/2/2016  | 5,000        | 595.00                                   |

---

[5] The net proceed analysis was based on the intra-day high.

|      | 7/29/2016 | 8,500   | 871.00    |
|------|-----------|---------|-----------|
| n.   | 7/28/2016 | 700     | 70.00     |
| o.   | 7/26/2016 | 201,200 | 28,168.00 |
| p.   | 7/20/2016 | 10,000  | 1,000.00  |
| q.   | 7/18/2016 | 10,000  | 1,000.00  |
| r.   | 7/12/2016 | 4,600   | 690.00    |
| s.   | 7/11/2016 | 5,000   | 550.00    |
| t.   | 7/7/2016  | 900     | 99.00     |
| u.   | 7/6/2016  | 200,000 | 22,000.00 |
| v.   | 7/5/2016  | 30,900  | 3,399.00  |
| w.   | 7/1/2016  | 210,000 | 26,250.00 |
| x.   | 6/30/2016 | 30,000  | 3,303.00  |
| y.   | 6/29/2016 | 10,000  | 1,100.00  |
| z.   | 6/28/2016 | 9,700   | 1,025.78  |
| aa.  | 6/24/2016 | 25,000  | 2,500.00  |
| bb.  | 6/23/2016 | 3,200   | 304.00    |
| cc.  | 6/21/2016 | 140,000 | 11,900.00 |
| dd.  | 6/16/2016 | 20,400  | 1,734.00  |
| ee.  | 6/7/2016  | 50,000  | 4,875.00  |
| ff.  | 6/1/2016  | 5,000   | 500.00    |
| gg.  | 5/25/2016 | 15,000  | 1,650.00  |
| hh.  | 5/11/2016 | 5,500   | 660.00    |
| ii.  | 5/9/2016  | 97,100  | 13,108.50 |
| jj.  | 5/6/2016  | 5,000   | 675.00    |
| kk.  | 5/5/2016  | 13,900  | 1,876.50  |
| ll.  | 5/4/2016  | 100     | 13.00     |
| mm.  | 5/3/2016  | 5,000   | 550.00    |
| nn.  | 5/2/2016  | 73,500  | 18,375.00 |
| oo.  | 4/29/2016 | 3,000   | 390.00    |
| pp.  | 4/25/2016 | 100     | 13.00     |
| qq.  | 4/20/2016 | 5,000   | 500.00    |
| rr.  | 4/14/2016 | 8,100   | 1,053.00  |
| ss.  | 4/11/2016 | 7,500   | 975.00    |
| tt.  | 4/8/2016  | 31,800  | 3,180.00  |
| uu.  | 4/6/2016  | 200     | 20.00     |
| vv.  | 4/5/2016  | 1,100   | 99.00     |
| ww.  | 3/31/2016 | 7,500   | 675.00    |
| xx.  | 3/28/2016 | 70,000  | 7,000.00  |
| yy.  | 3/24/2016 | 373,300 | 37,330.00 |
| zz.  | 3/23/2016 | 23,500  | 2,585.00  |
| aaa. | 3/22/2016 | 244,600 | 26,326.30 |

|       | Date      | Volume  | Amount    |
|-------|-----------|---------|-----------|
|       | 3/21/2016 | 99,300  | 21,846.00 |
| ccc.  | 3/18/2016 | 208,100 | 22,891.00 |
| ddd.  | 3/17/2016 | 25,000  | 6,247.50  |
| eee.  | 3/16/2016 | 41,300  | 5,435.08  |
| fff.  | 3/15/2016 | 229,100 | 27,492.00 |
| ggg.  | 3/14/2016 | 59,600  | 8,940.00  |
| hhh.  | 3/11/2016 | 15,000  | 2,250.00  |
| iii.  | 3/10/2016 | 11,500  | 2,035.50  |
| jjj.  | 3/9/2016  | 143,600 | 28,720.00 |
| kkk.  | 3/8/2016  | 263,300 | 52,660.00 |
| lll.  | 3/7/2016  | 1,700   | 110.50    |
| mmm.  | 3/4/2016  | 35,000  | 1,750.00  |
| nnn.  | 3/2/2016  | 30,000  | 1,500.00  |
| ooo.  | 3/1/2016  | 30,000  | 1,575.00  |
| ppp.  | 2/29/2016 | 20,000  | 1,140.00  |
| qqq.  | 2/26/2016 | 1,700   | 110.50    |
| rrr.  | 2/24/2016 | 87,700  | 5,700.50  |
| sss.  | 2/23/2016 | 125,300 | 7,518.00  |
| ttt.  | 2/22/2016 | 76,700  | 4,602     |
| uuu.  | 2/19/2016 | 140,000 | 9,100     |
| vvv.  | 2/18/2016 | 80,000  | 5,200     |
| www.  | 2/17/2016 | 296,000 | 19,240    |
| xxx.  | 2/16/2016 | 106,900 | 5,291.55  |
| yyy.  | 2/11/2016 | 60,500  | 2,722.50  |
| zzz.  | 2/10/2016 | 336,000 | 16,800.00 |
| aaaa. | 2/9/2016  | 616,000 | 30,800.00 |

22. There is no 30-day gap between trading volume in the Mazzal/Znergy common

stock, and upon information and belief, the Group was responsible for some of all of the entire volume traded in the market during the Post-Agreement Period, buying and selling shares in violation of 16(b).

## DEFENDANTS' DISGORGEABLE PROFITS

23. As detailed in paragraphs 16-22, Defendants received netted proceeds totaling $1,695,689.00 through the purchase and sale within six months occurring while statutory insiders subject to Section 16(b), and those disgorgeable short-swing profits.

24. Additional damages may be assessed against Defendants because of additional purchases and/or sales of Mazzal/Znergy of which Plaintiff is not aware.

25. Accordingly, Plaintiff is entitled to damages in an amount which cannot be ascertained with precision, but if using the volume analysis above with the intra-day high prices, at least $1,695,689.00.

WHEREFORE, Plaintiff Znergy, Inc. demands judgment against Defendants The Mazzal Trust, Nissim S. Trabelsi, and Shawn Telsi, as described above, plus attorneys' fees, interest and such other relief as the Court may deem just and proper.

Dated this 26th day of September, 2016.

Respectfully submitted,

/s/ Felix G. Montañez
Felix G. Montañez, Esq.
Fla. Bar No. 99892
4511 N. Himes Avenue
Ste. 200
Tampa, FL 33614
service@montanezlawfirm.com